— 1 —

| Date | Pleading Number | |
|---|---|---|
| 1/29/76 | | ORDER TO SHOW CAUSE -- Why actions should not be transferred to a single district under 28 U.S.C. §1407 A-1 through A-56 |
| 2/9/76 | | APPEARANCES --- E. M. Warlich for def. Theodore Hamm Co. |
| | | D. W. Gittinger for Olympia Brewing Co. |
| | | C. D. Sheppard for August Dis. Co., Inc. (A-1) |
| | | C. H. Belser for Martshink Beer Dis., Inc. (A-2) |
| | | T. P. Bujold for Stewart J. Nephew, etc. (A-4) |
| | | M. R. Hyde for J. A. Dady, etc. (A-6); Lammers Beverage Co. (A-7); Doyle's Interstate Beverage Co.(A-8); S & S Dis., Inc. (A-20); Lee Hess & Sons, (A-21); Hamm Brew Sales Co. (A-220; Krumrei Beverage Dist. Co. (A-23); East Town Dis. Co. (A-24); Schwan Wholesale Co., Inc. (A-25); Johnston's Inc. (A-26); H & H Dis. (A-27 & A-34); Starr Bros., Inc. (A-50); R & M Dist. Co. (A-51); Mark Twain Beverage Co. (A-52); Frank Lassandro etc. (A-53); Gorski Dist. (A-54) |
| | | R. S. Sullivan for Soujourn, Inc. (A-9); Gilbert Baumeister, etc. (A-10); Don Kerr, Inc. (A-11); Pritzl Beverage, Inc. (A-12); Decker Dis. Inc. (A-13); Ament & Sons, Inc. (A-14); Jerry O'Connell Dist., Inc. (A-15); Geo Walter Dist. Ltd (A-16); Raphael J. Bowar, etc. (A-17); and Lind Dist. Co., Inc. (A-18) |
| | | T. C. Kayser for Hamm's Rochester Dist. Co. (A-19; Astro Beverage Corp. (A-55); and Needham Dist. Co., Inc. (A-56) |
| | | J. T. Hannan for Russ Maita Dis. (A-28); Union Beverage Inc. (A-29); Berutti Dis. Co. (A-30); Ray Dist. Co. (A-31); Magnani Dist. Co. (A-32); Loren Rausser, etc. (A-33); R & S Dis. (A-35); Pasadena Beverage Corp. (A-36); Clark,Miller Dist, Inc. (A-37); Eagle Dist. Co. (A-38) |
| 2/11/76 | | APPEARANCE -- J. MICHAEL HENNIGAN, ESQ. -- Redding Beverage Corp., United Beverage Distributors, H&M Distributing Co., Inccas, Inc., Anchor Distributing Co., Mendocino Distributing Co., Bottomley Distributing Co., Gate City Beverage Distributors, Inc., Rex ░░░░░░░░░░░░░░░ Distributing Co., Mountain Distributing Co. Consolidated beverage Distributors Bert G. Gianelli Distributing Co. |
| 2/12/76 | 1 | RESPONSE --RUSS MAITA DISTRIBUTORS, INC., AND REDDING BEVERAGE CORP. w/cert. of service |
| 2/12/76 | | REQUEST FOR EXTENSION -- 22 MINNESOTA PLAINTIFFS -- GRANTED TO 2/20/76 |
| 2/12/76 | | APPEARANCE -- CHRISTOPHER Q. BRITTON, Esq. for John Lenore & Co., John P. Lenore, Robert Livingston and Model Distributing Co. |
| 2/13/76 | | REQUEST FOR EXTENSION -- OLYMPIA BREWING CO. -- Granted to All 2/20/76 |
| 2/13/76 | | DOUGLAS R. ZILZ V. THEODORE HAMM CO., ET AL., D. MINN. 4-75-125 ORDER DELETING ACTION FROM SHOW CAUSE ORDER because dismissed in D. Minnesota on Oct. 24, 1975 |
| 2/13/76 | 2 | RESPONSE -- JOHN LENORE & CO., MODEL DIST. CO., JOHN P. LENORE AND ROBERT E. LIVINGSTON w/cert. of service |

— 2 —

| Date | Pleading Number | |
|---|---|---|
| 2/13/76 | 3 | RESPONSE -- 27 Plantif Inll., Mich, Missouri, ND. and Wis. |
| 2/17/76 | 4 | RESPONSE -- MINNESOTA PLAINTIFFS w/cert. of service |
| 2/18/76 | 5 | RESPONSE -- OLYMPIA BREWING CO. w/cert. of service |
| 2/19/76 | 6 | RESPONSE -- THEODORE HAMM CO. w/cert. of service |
| 2/19/76 | 7 | RESPONSE -- AUGUST DISTRIBUTING CO., ET AL. w/cert. of service |
| 2/19/76 | 8 | RESPONSE -- JOHN LENORE & CO., ET AL. w/cert. of service |
| 2/20/76 | | APPEARANCE -- HARRY L. MUNGER FOR DON AND DOBBY |
| 2/20/76 | 9 | RESPONSE -- 22 MINN. PLAINTIFFS W/cert. of service |
| 2/23/76 | 10 | RESPONSE -- MARTSCHINK BEER DISTRIBUTORS w/cert. of service |
| 2/26/76 | 11 | RESPONSE --CALIFORNIA PLAINTIFFS w/cert. of service |
| 2/26/76 | 12 | RESPONSE --STEWART J. NEPHEW w/cert. of service |
| 2/26/76 | 13 | REPLY -- OLYMPIA BREWING CO. w/cert. of service |
| 3/4/76 | | HEARING ORDER -- Setting A-1 through A-56 for hearing, March 26, 1976 Washington, D. C. |
| 3/25/76 | | WAIVERS OF ORAL ARGUMENT -- Steward J.Nephew, John Lenore & Co. |
| 6/7/76 | 14 | SUPPLEMENTARY RESPONSE Olympia Brewing CO. to show cause order |
| 6/21/76 | | CONSENT OF TRANSFEREE COURT --Ch. J. Edward J. Devitt for Juge Charles R. Weiner to handle litigation in D.Minnesota under 28 U.S.C. §1407 |
| 6/21/76 | | OPINION AND ORDER -- Denying transfer or A-2 Martschink Beer and A-3 John Lenore and Transferring A-1 August Distributing Co., Inc. to the D. Minnesota to be handled under 28 U.S.C. §1407 with the actions pending there. Litigation is being assigned to Judge Charles R. Weiner (sitting by designation in the D. Minnesota) |
| 11/10/77 | | B-1 Ray V. Mitchell Beer Distributor v. Theodore Hamm Co., et al. N.D. Iowa  C77-4021 |
| 11/10/77 | | B-2 Ray V. Mitchell Beer Distributor v. Olympia Brewing Co., et al. N.D. Iowa C77-4024 -- CONDITIONAL TRANSFER ORDER filed today notified counsel and involved judges |
| 11/28/77 | | B-1 Mitchell Beer Distributor v. Theodore Hamm Co., et al., N.D.Iowa, C.A.# C77-4021 B-2 Mitchell Beer Distributor v. Olympia Brewing Co., et al., N.D.Iowa, C.A.#C77-4024 CTO CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. (ea) |
| 1/5/78 | | B-3 Gateway Distributing Co., Inc., et al v. Olympia Brewing Co., et al., D. Utah, C.A. No. C-77-0367 CTO FILED TODAY -- NOTIFIED INVOLVED COUNSEL & JUDGES (cds) |
| 1/23/78 | | B-3 Gateway Distributing Co.,Inc.,etal. v. Olympia Brewing Co.,etal., D.Utah, C.A. NO. C-77-0367 CTO CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. (ea) |

-3-

| Date | Pleading Number | |
|---|---|---|
| | | |

OPINION AND ORDER, June 21, 1976, 415 F. SUPP. 398 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
DOCKET NO. 242

*DOCKET CLOSED*

## Description of Litigation

### IN RE OLYMPIA BREWING CO. ANTITRUST AND CONTRACT LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) 3/4/76

Date(s) of Opinion(s) or Order(s) 6/21/76

Consolidation Ordered  xx          Name of Transferee Judge  CHARLES R. WEINER (E.D. Pa.)
Consolidation Denied  ___          Transferee District  D. MINNESOTA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | August Distributing Co., Inc., et al. v. Olympia Brewing Co., et al. | W.Wash. Voorhees | C75-372S | 6/21/76 | 476-290 | 4/13/77 | |
| A-2 | Martschink Beer Distributors, Inc., etc. v. Theodore Hamm Co., et al. | D. S.C. Chapman | 75-1713 | denied | | | |
| A-3 | John Lenore & Co., et al. v. Olympia Brewing Co. | S.Cal. Turrentine | 75-0233-T | denied | | | |
| A-4 | Stewart J. Nephew d/b/a Dugan Nephew Distributing v. Theodore Hamm Co., et al. | Minn. Lord | 5-75-62 | | | 4/13/77 | |
| A-5 | Douglas R. Till v. Theodore Hamm Co., et al. (deleted) | Minn. Lord | 5-75-125 | | | 10/24/75 | deleted from SCO 2/13/76 |
| A-6 | J. A. Dady, d/b/a J. A. Dady, etc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-200 | | | 4/13/77 | |
| A-7 | Lammers Beverage Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-279 | | | 4/13/77 | |
| A-8 | Doyle's Interstate Beverage Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-280 | | | 4/13/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Sojourn Inc, d/b/a Hiawatha Valley Distributors v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-292 | | | 4/13/77 | |
| A-10 | Gilbert Baumeister, d/ba Kewaunee Crush Bottling Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-293 | | | 4/13/77 | |
| A-11 | Don Kerr, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-294 | | | 4/13/77 | |
| A-12 | Pritzl Beverage Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-295 | | | 4/13/77 | |
| A-13 | Decker Distributing, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-296 | | | 4/13/77 | |
| A-14 | Ament & Sons, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-297 | | | 4/13/77 | |
| A-15 | Jerry O'Connell Dist., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-298 | | | 4/13/77 | |
| A-16 | Geo. Walter Dist. Ltd. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-299 | | | 4/13/77 | |
| A-17 | Raphael J. Bowar d/b/a Prairie Beer Dist. Co. v. Olympia Brewing Co. | Minn. Lord | 4-75-300 | | | 4/13/77 | |
| A-18 | Lind Distributing Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-301 | | | 4/13/77 | |
| A-19 | Hamm's Rochester Distributing Co. Inc., et al. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-306 | | | 4/13/77 | |
| A-20 | S & S Distributors, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-309 | | | 4/13/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-21 | Lee Hess & Sons, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-326 | | | 4/13/77 | |
| A-22 | Hamm Brew Sales Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-327 | | | 4/13/77 | |
| A-23 | Krumrei Beverage Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-338 | | | 4/13/77 | |
| A-24 | East Town Distributors Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-339 | | | 4/13/77 | |
| A-25 | Schwan Wholesale Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-340 | | | 4/13/77 | |
| A-26 | Johnston's, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-341 | | | 4/13/77 | |
| A-27 | H & H Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-342 | | | 4/13/77 | |
| A-28 | Russ Maita Distributors, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-389 | | | 4/13/77 | |
| A-29 | Union Beverage, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-390 | | | 4/13/77 | |
| A-30 | Berutti Distributing Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-391 | | | 4/13/77 | |
| A-31 | Ray Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-392 | | | 4/13/77 | |
| A-32 | Magnani Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-393 | | | 4/13/77 | |
| A-33 | Loren Rausser d/b/a Rausser Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-394 | | | 4/13/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-34 | H & H Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-395 | | | 4/13/77 | |
| A-35 | R & S Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-396 | | | 4/13/77 | |
| A-36 | Pasadena Beverage Corp. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-397 | | | 4/13/77 | |
| A-37 | Clark Miller Distributing Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-398 | | | 4/13/77 | |
| A-38 | Eagle Distributing Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-399 | | | 4/13/77 | |
| A-39 | Redding Beverage Corp. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-400 | | | 4/13/77 | |
| A-40 | United Beverage Distributors v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-401 | | | 4/13/77 | |
| A-41 | H & M Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-402 | | | 4/13/77 | |
| A-42 | Inaccas, Inc. d/b/a Anchor Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-403 | | | 4/13/77 | |
| A-43 | Mendocino Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-404 | | | 4/13/77 | |
| A-44 | Bottomley Distributing Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-405 | | | 4/13/77 | |
| A-45 | Gate City Beverage Distributors, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-406 | | | 4/13/77 | |
| A-46 | Rex Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-407 | | | 4/13/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-47 | Mountain Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-408 | | | 4/13/77 | |
| A-48 | Consolidated Beverage Distributors v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-409 | | | 4/13/77 | |
| A-49 | Bert G. Gianelli Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-410 | | | 4/13/77 | |
| A-50 | Starr Brothers, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-572 | | | 4/13/77 | |
| A-51 | R & M Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-573 | | | 4/13/77 | |
| A-52 | Mark Twain Beverage Co., Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-574 | | | 4/13/77 | |
| A-53 | Frank Lassandro d/b/a Lassandro Distributing Co. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-575 | | | 4/13/77 | |
| A-54 | Gorski Distributors, Inc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-576 | | | 4/13/77 | |
| A-55 | Astro Beverage Corp. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-411 | | | 4/13/77 | |
| A-56 | Needham Distributing Co., Inc., etc. v. Olympia Brewing Co., et al. | Minn. Lord | 4-75-285 | | | 4/13/77 | |
| XYZ-1 | Mahoney Distributing Co., etc. v. Olympia Brewing Co., et al. | Minn Weiner | 4-76-75 | | | 4/13/77 | |
| XYZ-2 | D.B.J., Inc,, et al. v. Olympia Brewing Co., et al. | Minn Weiner | 4-76-185 | | | 4/13/77 | |
| XYZ-3 | Huron Dist. Inc. v. Olympia Brewing Co., et al. | D. Minn | 4-75-337 | | | 4/13/77 | |

DOCKET NO. 242 -- IN RE OLYMPIA BREWING CO. ANTITRUST AND CONTRACT LITIGATION -- P. 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-4 | Ira Leppek, etc. v. Olympia Brewing Co. et al. | D. Minn. | 4-77-0138 | | | 5/12/77 | |
| XYZ-5 | Lancaster Dist. Corp. v. Olympia Brewing Co., et al. | D. Minn. | 4-77-0139 | | | 11/7/77 | |
| XYZ-6 | Thomas G. Diel, et al. v. Olympia Brewing Co., et al. | D. Minn. | 4-77-0140 | | | 11/7/77 | |
| XYZ-7 | Milton H. Johnson, etc. v. Olympia Brewing Co., et al. | D. Minn. | 4-77-0141 | | | 11/7/77 | |
| XYZ-8 | H & B Beer Sales, Inc., v. Olympia Brewing Co., et al. | D. Minn. | 4-77-0142 | | | 11/7/77 | |
| XYZ-9 | Southwest Distributing Co. v. Olympia Brewing Company, et al. | D. Minn. | 4-77-330 | | | 5/30/78 | |
| B-1 | Ray V. Mitchell Beer Distributor v. Theodore Hamm Co., et al. 11/10/77 | N.D. Iowa McManus | C77-4021 | 11/28/77 | 4-77-446 | 5/30/78 | |
| B-2 | Ray V. Mitchell Beer Distributor v. Olympia Brewing Co., et al. 11/10/77 | N.D. Iowa McManus | C77-4024 | 11/28/77 | 4-77-447 | 5/30/78 | |
| XYZ-10 | Lawrence Rosin v. Olympia Brewing Co., et al. | D. Minn. | CIV-4-77-451 | | | 5/30/78 | |
| B-3 | Gateway Distributing Co., Inc., et al. v. Olympia Brewing Co., et al. | D. Utah Ritter | C-77-0367 | 1/23/78 | 4-78-CV.73 | 3/30/78 | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 242 -- IN RE OLYMPIA BREWING CO. ANTITRUST AND CONTRACT LITIGATION

| Plaintiff | Defendant |
|---|---|
| AUGUST DISTRIBUTING CO., INC., ET AL. (A-1)<br>C. David Sheppard, Esquire<br>Ferguson & Burdell<br>1700 Peoples National Bank Bldg.<br>Seattle, Washington  98154<br>*DISM* | OLYMPIA BREWING CO.<br>D. Wayne Gittinger, Esquire<br>Lane, Powell, Moss & Miller<br>1700 Washington Building<br>Seattle, Washington  98101 |
| MARTSCHINK BEER DISTRIBUTORS, INC. (A-2)<br>Clinch Heyward Belser, Esquire<br>Belser, Baker, Belser, Barwick & Toal<br>Post Office Box 11848<br>Columbia, South Carolina  29211 | THEODORE HAMM CO.<br>Eugene M. Warlich, Esquire<br>Doyerty, Rumble & Butler<br>E-1500 First National Bank Building<br>St. Paul, Minnesota  55101 |
| JOHN LENORE & CO., ET AL. (A-3)<br>Wayne M. Patlock, Esquire<br>Christopher Q. Britton, Esquire<br>Sullivan, Jones & Archer<br>1400 Security Pacific Plaza<br>1200 Third Avenue<br>San Diego, California  92101 | |
| STEWART J. NEPHEW d/b/a DUGAN NEPHEW DISTRIBUTING (A-4)<br>Tyrone P. Bujold, Esquire<br>Hanft, Fride, O'Brien & Harries<br>1200 Alworth Building<br>Duluth, Minnesota  55802<br>*DISM* | MARKSTEIN BEVERAGE INC.<br>EAST BAY BEVERAGE, INC.<br>MARKSTEIN DISTRIBUTING CO.<br>SOUTHLAND BEVERAGE DISTRIBUTING, INC.<br>SHORELINE BEVERAGE DISTRIBUTING CO.<br>SUPERIOR BEVERAGE<br>ALSCO DISTRIBUTING CO.<br>STASH DISTRIBUTING CO.<br>FOOTHILL DISTRIBUTING CO.<br>JACKSON DISTRIBUTING CO.<br>JOSEPH GEORGE DISTRIBUTING<br>TROMBETTA DISTRIBUTORS<br>MID-STATE DISTRIBUTING CO.<br>LASSEN COUNTY DISTRIBUTORS<br>STRAUB DISTRIBUTING CO.<br>LARGOMARSINO WHOLESALE LIQUOR<br>BEST WAY, INC.<br>Richard Kyle, Esquire<br>Briggs & Morgan<br>W-2200 - First National Bank Bldg.<br>St. Paul, Minnesota  55101 |

| Plaintiff | Defendant |
|---|---|
| J. A. DADY d/b/a J. A. DADY, ETC. (A-6)<br>LAMMERS BEVERAGE CO. (A-7)<br>DOYLE'S INTERSTATE BEVERAGE CO. (A-8)<br>S & S DISTRIBUTORS, INC. (A-20)<br>LEE HESS & SONS, INC. (A-21)<br>HAMM BREW SALES CO. (A-22)<br>KRUMREI BEVERAGE DISTRIBUTING CO. (A-23)<br>EAST TOWN DISTRIBUTORS CO. (A-24)<br>SCHWAN WHOLESALE CO., INC. (A-25)<br>JOHNSTON'S, INC. (A-26)<br>H & H DISTRIBUTING CO. (A-27 & A-34)<br>STARR BROTHERS, INC. (A-50)<br>R & M DISTRIBUTING CO. (A-51)<br>MARK TWAIN BEVERAGE CO., INC. (A-52)<br>FRANK LASSANDRO d/b/a LASSANDRO DIS-<br>   BUTING CO. (A-53)<br>GORSKI DISTRIBUTORS, INC. (A-54)<br>Maclay R. Hyde, Esquire<br>Lindquist & Vennum<br>4200 IDS Center<br>Minneapolis, Minnesota  55402<br><br>SOJOURN, INC, d/b/a HIAWATHA VALLEY<br>   DISTRIBUTORS (A-9)<br>GILBERT BAUMEISTER, d/b/a KEWAUNEE<br>   CRUSH BOTTLING CO. (A-10)<br>DON KERR, INC. (A-11)<br>PRITZL BEVERAGE INC. (A-12)<br>DECKER DISTRIBUTING, INC. (A-13)<br>AMENT & SONS, INC. (A-14)<br>JERRY O'CONNELL DIST., INC. (A-15)<br>GEO. WALTER DIST. LTD. (A-16)<br>RAPHAEL J. POWAR d/b/a PRAIRIE BEER<br>   DIST CO. (A-17)<br>LIND DISTRIBUTING CO., INC. (A-18)<br>Robert D. Sullivan, Esquire<br>Ames, Riordan, Crivello & Sullivan<br>710 North Plankinton Avenue<br>Milwaukee, Wisconsin  53233<br><br>HAMM'S ROCHESTER DISTRIBUTING CO. (A-19)<br>ASTRO BEVERAGE CORP. (A-55)<br>NEEDHAM DISTRIBUTING CO., INC. (A-56)<br>Thomas C. Kayser, Esquire<br>Robins, Davis & Lyons<br>33 South Fifth Street<br>Minneapolis, Minnesota  55402 | DON & BOBBY'S, INC.<br>Harry Munger, Esquire<br>MacDonald, Munger & Fillenworth<br>400 First National Bank Bldg.<br>Duluth, Minnesota  55802<br><br>GATEWAY DISTRIBUTING CO., INC. (B-3)<br>Pete N. Vlahos, Esq.<br>Vlahos & Knowlton<br>Legal Forum Building<br>2447 Kiesel Avenue<br>Ogden, Utah  84401 |

p. 3

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 242 -- IN RE OLYMPIA BREWING CO. ANTITRUST AND CONTRACT LITIGATION (CONTINUED)

| Plaintiff | Defendant |
|---|---|
| RUSS MAITA DISTRIBUTORS, INC. (A-28)<br>UNION BEVERAGE, INC. (A-29)<br>BERUTTI DISTRIBUTING CO., INC. (A-30)<br>RAY DISTRIBUTING CO. (A-31)<br>MAGNANI DISTRIBUTING CO. (A-32)<br>LOREN RAUSSER d/b/a RAUSSER DISTRIBUTING CO. (A-33)<br>R & S DISTRIBUTING CO. (A-35)<br>PASADENA BEVERAGE CORP. (A-36)<br>CLARK MILLER DISTRIBUTING INC. (A-37)<br>EAGLE DISTRIBUTING CO., INC. (A-38)<br>J. Thomas Hannan, Esquire<br>Lovitt & Hannan, Inc.<br>Agriculture Building<br>Embarcadero at Mission<br>San Francisco, California 94105<br><br>REDDING BEVERAGE CORP. (A-39)<br>UNITED BEVERAGE DISTRIBUTORS (A-40)<br>H & M DISTRIBUTING CO. (A-41)<br>INACCA, INC. d/b/a ANCHOR DISTRIBUTING CO. (A-42)<br>MENDOCINO DISTRIBUTING CO. (A-43)<br>BOTTOMLEY DISTRIBUTING CO., INC. (A-44)<br>GATE CITY BEVERAGE DISTRIBUTORS, (A-45)<br>REX DISTRIBUTING CO. (A-46)<br>MOUNTAIN DISTRIBUTING CO. (A-47)<br>CONSOLIDATED BEVERAGE DIST. (A-48)<br>BERT G. GIANELLI DISTRIBUTING CO. (A-49)<br>J. Michael Hennigan, Esquire<br>Martori, Meyer, Hendricks & Victor<br>Thirty-Fifth Floor<br>Phoenix, Arizona 85073<br><br>RAY V. MITCHELL BEER DISTRIBUTOR (B-1, B-2)<br>George T. Qualley, Esq.<br>Robert M. Sweere, Esq.<br>George T. Qualley Law Offices<br>220 Badgerow Building<br>Sioux City, IA 51101 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. MDL-242 -- IN RE OLYMPIA BREWING CO. ANTITRUST AND CONTRACT LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| OLYMPIA BREWING CO.  <br> 1  4 | B-1, B-2 B-3 |
| HAMM'S BREWING CO.  <br> 2 | |
| THEODORE HAMM CO.  <br> 3  6 | B-1, B-2, B-3 |
| DON & BOBBY'S INC.  <br> 5 | |
| MARKSTEIN BEVERAGE, INC.  <br> (4) | |
| EAST BAY BEVERAGE, INC. | |
| MARKSTEIN DISTRIBUTING CO.  <br> A-7 | |
| EAST BAY BEVERAGE, INC.  <br> A-? | |
| JOSEPH GEORGE DISTRIBUTING CO. | |
| TROMBETTA DISTRIBUTORS | |

p. _____

| | |
|---|---|
| SOUTHLAND BEVERAGE CO.   *A-30* | |
| SHORELINE BEVERAGE DIST. CO.   4 | |
| SUPERIOR BEVERAGE   4 | |
| ALSCO DIST. CO.   4 | |
| STASH DIST. CO.   4 | |
| FOOTHILL DIST. CO.   4 | |
| JACKSON DIST. CO.   4 | |
| JOSEPH GEORGE DIST. CO.   4 | |
| MID-STATE DIST. CO.   4 | |
| LASSEN COUNTY DIST.   4 | |
| STAUB DIST. CO.   4 | |
| LARGOMARSINO WHOLESALE LIQUOR   4 | |

p. _____